United States District Court
for the Western District of Michigan

_____

# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:09-cv-884 | Jimmie Lee Jamerson v City of Muskegon | 08/26/2010 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Jimmie Lee Jamerson | Plaintiff |
| Tim Belanger | Michigan Municipal/Risk Management |
| Byron L. Mazade | City of Muskegon |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Stephen R. Drew | Plaintiff |
| Adam C. Sturdivant | Plaintiff |
| Patrick A. Aseltyne | Defendant, Individual Defendants |
| Allan C. Vander Laan | Defendant, City of Muskegon |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☑ Settled in full - Final paperwork will be filed by: September 30, 2010
☐ Mediation continuing - Date of Next Session
☐ Not settled - Mediation Completed

Dated: August 27, 2010

Douglas E. Wagner
Douglas E. Wagner
Mediator